

FILED

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0212

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0212

IN RE THE PARENTING OF

M.B., A minor child.

UMBERTO FERRI,

　　　　Petitioner and Appellee,

and

ANNELIESE N. BROWN,

　　　　Respondent and Appellant.

FILED

JUN 2 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Anneliese N. Brown, via counsel, moves pursuant to M. R. App. P. 22(2)(a) for relief from an order of the Eleventh Judicial District Court, Flathead County, that denied her Motion to Stay Order Pending Appeal. Brown alleges that if the District Court's Order Re: Interim Parenting Plan is not stayed until this appeal is resolved, the child M.B., who is subject to the parenting plan, will be irreparably harmed. Appellee Umberto Ferri objects to Brown's motion for relief, arguing this Court should allow the District Court's denial of stay to stand because Brown has not demonstrated the requisite good cause for this Court to provide relief from the District Court's denial of stay.

Under M. R. App. P. 22(1), a party must first move the district court for a stay of its judgment or order pending appeal. M. R. App. P. 22(1)(d) requires that court to promptly enter a written order "and include in findings of fact and conclusions of law, or in a supporting rationale, the relevant facts and legal authority on which the district court's order is based." After the district court issues its ruling, a party may move for relief from that order under M. R. App. P. 22(2), which this Court will grant only upon a demonstration of good cause, among other considerations.

In this case, the District Court issued an Order Denying Motion to Stay Order Pending Appeal and Deferring Reimbursement Request that summarily denied Brown's motion to stay without providing findings of fact, conclusions of law, or a supporting rationale as Rule 22(1)(d) requires. Without an explanation of the District Court's reasons for denying Brown's motion to stay, we cannot determine if good cause exists for relief from that order.

IT IS THEREFORE ORDERED that the District Court shall enter an amended order that complies with M. R. App. P. 22(1)(d) and shall transmit such order to this Court within 30 days of the date of this Order.

IT IS FURTHER ORDERED that Appellant's motion for relief is HELD IN ABEYANCE pending this Court's receipt and consideration of the District Court's amended order.

The Clerk is directed to provide copies of this order to all counsel of record, to the Clerk of the Flathead County District Court, and to the Hon. Robert B. Allison.

DATED this _____ day of June, 2023.

Justices